# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:03cv209

| | |
|---|---|
| INTERNATIONAL TITANIUM CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BRYAN NOEL; INTERNATIONAL MINERALS EXCHANGE; and CERTIFIED ESTATE PLANNERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| And ) | |
| ) | |
| BRYAN NOEL, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| INTERNATIONAL TITANIUM CORP.; RICHARD L. FOGELMAN; ANTHONY R. FOGELMAN; SAMUEL BAILEY; JAMES B. ROSE; ROSS W. McINTOSH; MARTY MARMOR; and GUSTAV J. MAS, ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on its own motion to recuse and to continue hearing. The undersigned hereby recuses himself from further consideration of this case and will continue the hearing.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned **RECUSES** himself from further consideration of this matter, and the hearing calendared for August 25, 2006, is **CONTINUED** until such time as the district court deems appropriate.

Signed: August 24, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge