# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:03CV209

| | |
|---|---|
| INTERNATIONAL TITANIUM CORPORATION, ) ) ) Plaintiff, ) ) Vs. ) ) BRYAN NOEL, ) ) Defendant. ) ) And ) ) BRYAN NOEL, ) ) Third-Party Plaintiff, ) ) Vs. ) ) INTERNATIONAL TITANIUM CORPORATION; RICHARD L. FOGELMAN; ANTHONY R. FOGELMAN; SAMUEL BAILEY; JAMES B. ROSE; MARTY MARMOR; and GUSTAVO J. MAS; ) ) ) ) ) ) ) ) Third-Party Defendants. ) ) | **J U D G M E N T** |

**THIS MATTER** is before the Court for entry of Judgment pursuant to the Defendant/Third Party Plaintiff Bryan Noel's submission of the parties' properly executed confession of judgments and Settlement Agreement and Release.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the complaint, third-party complaint, and all counterclaims filed in this matter are hereby **DISMISSED WITH PREJUDICE** as to the remaining parties, International Titanium Corporation, Bryan Noel, Richard L. Fogelman, Anthony R. Fogelman, Samuel Bailey, James B. Rose, Marty Marmor, and Gustavo J. Mas.

Each party shall bear their own costs of the action.

Signed: December 28, 2006

Lacy H. Thornburg
United States District Judge